USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 11/20/09

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
Donnell Guerrero,                  :
                                   :
              Plaintiff,           :     09 Civ. 4820(RJS)(THK)
                                   :
     -against-                     :
                                   :     SCHEDULING ORDER
                                   :
FJC Security Services, et al.      :     (PRO SE)
                                   :
              Defendant.           :
                                   :
----------------------------------X
```

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

This action having been referred to this Court for general pretrial supervision; and an initial pretrial conference having taken place; it is hereby ORDERED:

1. There shall be no further amendment of pleadings or joinder of additional parties without good cause shown.

2. All pretrial fact discovery in this matter shall be completed by April 30, 2010.

3. If any party intends to file a dispositive motion, a pre-motion conference shall be sought with Judge Sullivan by no later than May 17, 2010. (See Judge Sullivan's Individual Rules of Practice.)

4. The following rules shall govern all pretrial activity in this case:

If any discovery disputes arise during this case, the parties must make a good faith effort to resolve them. If disputes cannot be resolved, they should be brought to the Court's attention by letter. This letter should be brief and to the point so as to allow for expeditious resolution of discovery disputes without the

COPIES MAILED
TO COUNSEL OF RECORD ON 11/20/09

need for formal motions. A responsive letter should be submitted within five days. Failure to bring disputes to my attention promptly and in advance of the discovery deadline will result in a waiver of remedies as to such disputes.

Telephonic applications will be entertained only where disputes arise in the course of depositions or in genuine emergencies. In all other cases, applications must be made by letter to my chambers. If the application is for an extension of time, the letter-application (indicating whether all parties consent) must be delivered to my chambers at least ten days prior to the original due date.

Papers filed with the Court should be marked "Referred to Magistrate Judge Katz." The Clerk of the Court and my chambers must be advised of any change of address or telephone number.

SO ORDERED.

Dated:   November 19, 2009
         New York, New York

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE